**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF THE  | ) | |
| SEARCH OF: | ) | |
| | ) | **ORDER** |
| The wire and electronic communications | ) | |
| held in electronic or other storage by Alltel | ) | |
| Communications for cellular telephone | ) | |
| number (701) 590-1826 | ) | Case No.  1:09-mj-053 |

_____

On motion of the Government and for the reasons stated in support of its motion, it is

**ORDERED** that the Search Warrant and Application and Affidavit for Search Warrant, with attachments, including the Affidavit of Randy Helderop, Special Agent, ICE, Search Warrant Return, and the Government's Motion to Seal, are sealed until further order of the court.

Dated this 13th day of August, 2009.

>   */s/  Charles S. Miller, Jr.*
>   Charles S.  Miller, Jr.
>   United States Magistrate Judge